UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

__Lorenz Derek Paulin__

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

__X. Com__

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

RECEIVED

JUN 24 2025

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

**COMPLAINT**

Jury Trial: ☐ Yes ☒ No

(check one)

I. Parties in this complaint:

A. List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name              Lorenz Derek Paulin
           Street Address    14 Woodbrook Road
           County, City      Gloucester, Turnersville
           State & Zip Code  NJ  08012
           Telephone Number  856-515-9000

B.   List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name X.Com
Street Address 211 E. 7th Street, Suite 620
County, City Bastrop, Austin
State & Zip Code Texas 78701-3218

Defendant No. 2
Name X.Com
Street Address 865 FM 1209 building 2
County, City Bastrop, Austin
State & Zip Code Texas 78602

Defendant No. 3
Name _____
Street Address _____
County, City _____
State & Zip Code _____

Defendant No. 4
Name _____
Street Address _____
County, City _____
State & Zip Code _____

II.   **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*
☐ Federal Questions      ☒ Diversity of Citizenship
☐ U.S. Government Plaintiff   ☐ U.S. Government Defendant

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship __New Jersey__

Defendant(s) state(s) of citizenship __Texas__

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? __New Jersey__

B. What date and approximate time did the events giving rise to your claim(s) occur? __Its on going. September 2022 Untils todays date worth of evidence. (6/24/25).__

C. Facts: __This is a movement about me. Very Clear. Used for Social Media promotion, engagement, and views, and monetization__

[Who did what?] __My name and likeness is being used throughout the media to destroy my reputation.__

[Was anyone else involved?] __Everyone involved in the video__

[Who else saw what happened?] __They are all working together to damage my reputation__

-3-

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. A misdiagnosis I cannot appeal that says Im Schizo Phrenic and Bipolar but the people in the video all know I am not. Im being forced to take Divalproex and

V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. It Says $750 For every unauthorized use so for every video and my injuries id say $60,000,000. Its a long video of my name and likeness being made fun of.

- 4 -

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __6__ day of __20__, 20__25__.

Signature of Plaintiff _____
Mailing Address __14 Woodbrook Road__
_____

Telephone Number __856-515-9006__
Fax Number *(if you have one)* _____
E-mail Address __lorenzpaulk2@gmail.com__

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _____

**RECEIVED**

JUN 24 2025

AT 8:30 _____ M
DISTRICT COURT - DNJ